AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF __COLORADO__

UNITED STATES OF AMERICA
V.

MARK ANTHONY CORT

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 03:06-CR-92

CHARGING DISTRICTS
CASE NUMBER: 06-MJ-00141-DLW

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Eastern__ District of __Tennessee__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __N/A__

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) __800 Market Street, Knoxville, Tennessee__ on __July 31, 2006 @ 1:30 p.m.__

*Date and Time*

*Signature of Judge*

July 21, 2006
*Date*

David L. West, U. S. Magistrate Judge
*Name and Title of Judge*